ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

FEB 28 2011

DAVID CREWS, CLERK
BY _____ Deputy

Sam West Lee
_____

**Plaintiff**

RECEIVED

FEB 28 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

v.

Oktibbeha County
Sheriff's Department

**Defendant**

CASE NO.   1: 11 CV61-A-A

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1.  The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

    A. Legal name:                         Sam West Lee

    B. Name under which sentenced:          Sam West Lee

    C. Inmate identification number:        SSN 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 or MDOC #109596

    D. Plaintiff's mailing address (street or    111 D.L. Conner Dr.
       post office box number, city, state, ZIP):   Starkville Ms, 39759

    E. Place of confinement:                Oktibbeha County Jail

2.  Plaintiff names the following person(s) as the Defendant(s) in this civil action:

    Name:                                   Sheriff Dolph Bryan

    Title (Superintendent, Sheriff, etc.):  Sheriff

    Defendant's mailing address (street or   111 D.L. Conner Dr.
    post office box number, city, state, ZIP)   Starkville Ms 39759

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 2

Name: *George Carrithers*

Title (Superintendent, Sheriff, etc.): *2th In command*

Defendant's mailing address (street or post office. box number, city, state, ZIP) *111 D.L. Conner Dr. Starkville Ms 39759*

Name: *Simmy Vaughn*

Title (Superintendent, Sheriff, etc.): *Sail Administrator*

Defendant's mailing address (street or post office box number, city, state, ZIP) *111 D.L. Conner Dr. Starkville Ms 39759*

Name: *Kyle Kelly*

Title (Superintendent, Sheriff, etc.): *"Sailer"*

Defendant's mailing address (street or post office box number, city, state, ZIP) *111 D.L. Conner Dr. Starkville Ms 39759*

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☐ Yes     ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s):

Defendant(s):

B. Court:                                          C. Docket No.:

D. Judge's Name:                                   E. Date suit filed:

F. Date decided:                  G. Result (affirmed, reversed, etc.):

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☐ Yes     ☑ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).  ☐ Yes     ☑ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)      PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes    ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☐ Yes    ☑ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

Oktibbeha County Sheriff's Departement don't have a grievance system.....

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

N/A

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)                      PAGE 4

---

**Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.   If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

Cause they don't have one.

9.   Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

Approximately around February the 12th of 2010, right before 12 noon, Jailer Kyle Kelly and, Doug Latham come in cell M-1 to do a "shakedown" I was a ____, slept on the left, on the bottom rack. When you first come in. Jailer Kelly awakening me, by snatching the blanket off of my rack. I was awoke, I knew Kelly had an attitude, he was cursing, he poured my food, And coffee out in the toilet, he started talking to me like I was a child, so I cursed him back out. So he then told me get my shxx (profane), which I did. I was then escorted by Kelly and Doug to the padded cell (The Hole) He then went to the shift supervisor, Ed Blasingaine, And Kelly told Mr. Ed that I ____ a shank, and that I said, ____ going to cut him, so Blasingaine brought the taser, then they stripped search me butt-naked I never said

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 5

I had an weapon at all. I was already mad, for being accused of something, I did not say. My institution right were violated. When I entered Mr. Vaughn's office it was plain and clear that he had already took Kyle Kelly' side..

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority. ↑read more on Exhibit A

I want to get paid out of this lawsuit.
Paid for pain and soffering.
Paid for violating my institutional and civil rights
Paid for mental distress.....

I want to get paid for the following things out of this lawsoit.....
- I want the court to make the Oktibbeha County Sheriff's Departement
Pay me for disrespecting my religious rights.
I want the court to make the Oktibbeha County Sheriff's Departement
Pay me for violating my institutional and civil rights
I want the court to make the Oktibbeha County Sheriff's Departement.....Pay me for my pain and soffering
Also, I want the court to make the Oktibbeha County Sheriff's Departement.....Pay me for emotional and mental distress.

This Complaint was executed at (location):   Oktibbeha County Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 2-23-11

Sam W. Lee

Plaintiff's Signature

Exhibit A
Pg 1

Approximately around February the 12th of 2010 right before 12 noon, Jailer Kyle Kelly and Jailer Doug Latham started to do a "Shake down" in cell M-1. I Sam W. Lee slept on the left, on the bottom rack when you first came in the cell. I was asleep on my rack when they come in, And started to preceded to do their "shake down". I had a blanket over my rack so it would shield the light, so I can sleep during the day. I also was fasting at that time for spiritual reasons. I has asked a jailer before this incident to bring me an extra bowl and cup. so that, I could store my "Lunch" and "Dinner" tray so that, I could eat them later on. I had food in one of the bowls from earlier and coffee in the other bowl. I was awakening by Jailer Kelly snatching the blanket off of my rack. As soon as, I was awoke, I know Kelly had at attitude, he was cursing, then he poured my food, And coffee out in the toilet, He "Kyle Kelly" started talking to me like, I was a child, "so", I have 5 kids at home, And beside that me, And Kyle Kelly is about the same age. So, I started to cursed him back out. So he then told me to get my "shxx" (profane) which would be my belongings and my mat. I could see on the Jailer Doug Latham face, that Jailer Kyle Kelly was "Abusing" his "Authority". I was then escorted by Kyle and Doug to the padded cell (The Hole) then Kelly didn't want to give me my mat to take into the padded cell, but Latham gave me my mat anyways. Kyle Kelly was

Exhibit A
# 2

trying to treat me like an "animal" By not wanting to give me my mat, he wanted me to sit on the floor are lay on the floor with out a mat. Kyle Kelly then went to the shift Supervisor, Ed Blasingaine, and Kelly told Blasingaine that, I had a shank, And that I said that, I was going to cut him, So Mr. Ed brought the taser, then they stripped search me buttnaked, and they made me squat down and cough. Kyle Kelly didn't find what he had said that, I said, I had which was a shank Kelly said that, I had a weapon, in which, I never said at all that, I once had a weapon. Kyle Kelly knew this because he was the one telling the lie. Then the jailers went back to M-1 cell searched throughout the whole cell, And my cell mates, They still don't find what Kelly had said I had. Then Mr. Ed came back to the padded cell and talked with me, I told Mr. Ed the true that Kelly was lying on me. I told Mr. Ed that, I never said that, I had a shank or that, I was going to cut Kelly with a shank. Mr. Ed told me, I believed you son. Mr. Ed kept telling me, I know, I believed you son. Then Mr. Ed told me that he was going to go and talke to Kelly about the incident. When Mr. Ed discussed the incident with Kyle Kelly and Doug Latham, they had a disagreement about the incident, then Kyle Kelly went over Mr. Ed head to Mr. Jimmy Vaughn which is the Jail Adminstrator with the same lying complain. Kyle Kelly and Doug Latham escorted me to Mr. Vaughn office after Lunch, I was

Exhibit A
₃#3

already mad, for being accused of something that, I did not say. My "Institutional Right" were violated. When I entered Mr. Vaughn's office it was plain and clear to me that he had already took Kyle Kelly's side. Mr. Simmy Vaughn not once wanted to hear what, I had to say, Mr. Simmy Vaughn then had me to look at some paper work showing my punishment, which was a 30-day Lock Down, No Visitation & No Canteen for 15-days, No Outgoing or Incoming mail. Mr. Simmy Vaughn was pressing the issue saying that he could give me 5 years for threatening his jailers. From that point, I felt like this was a prejudice issue with Mr. Simmy Vaughn, And Mr. Kyle Kelly. I then curse both of them out, I told Kyle Kelly that he know that he was telling a lie on me, Then, I told Mr. Simmy Vaughn that, I wasn't going to signature my name on them "Daxx" (pro fane) paper. Then, I tore up the punishment paper work, in front of their face. Because in my heart, I knew that this was a prejudice issue with Mr. Simmy Vaughn, And Mr. Kyle Kelly for the simple fact that the Shift Supervisor Mr. Ed stated to me, after I came out of Simmy Vaughn's office and back to the padded cell, Mr. Ed "quote" son I know you are telling the truth, I told Kyle to leave that alone, but he insisted on running to Mr. Vaughn with the issue." Then felt like it was not only my Institution Rights, but also my Civil Rights being Violating. I was then was move to cell M5 on Maximum Lock Down. Later on that week other jailers was asking me what was going on with my situation. I told them the truth, then they notified me that

Exhibit A
Pg #4

Mr. Doug Latham, had quit his job behind the incident. Because Mr. Jimmy Vaughn and Mr. Kyle Kelly requested for Mr. Doug Latham to write a statement, against me; backing up what Kelly had said concerning the incident with the shank. But Latham wouldn't cooperate with them because he Mr. Doug knew that Officer Kelly was telling a lie on me. Due to the fact that jailer Latham lost his job, and I was put on lock down all because of a false report. Other jailer had told me when, I was on lock down that Doug told them that Kyle was lying on me, And He wasn't about to write No statement backing Kyle up on a lie. I feel like it was a racial situation, with Mr. Jimmy Vaughn and Mr. Kyle Kelly. Due to the fact we both is Black male me, And Mr. Doug Latham. I feel like my Institution Rights was violated as will as my, And Mr. Doug Latham Civil Rights. The position that they have by working for Oktibbeha County Sheriff's Department aloud them to "Aduse" their "Authority" at work..... I pray that this come to a stop. And that this never be aloud to happen to any inmate or jailer worker, Because of their color ████ of their skin which is "Black" In Jesus name..... A-MEN. Mr. Doug Latham now works in West Point Ms, with NAES transportation system as a transporter.
       I pray that this never happen to anyone ever again, because it's painful, wrong, disrespectful I also feel like if a person is use his or her working position in the work force to up hold power over other peoples as a racial problem sore be Zero tolerance in the prison system as will as in civilization.

Sam Wihee cell M5
111 D.L. Conner Dr.
Starkville Ms, 39759



RECEIVED
FEB 2 8 2011
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Pro Se Law Clerk, U.S. District Court
Post Office Box 704
Aberdeen, Mississippi
39730